1  Floyd W. Bybee, #012651
   **BYBEE LAW CENTER, PLC**
2  2473 S.  Higley Road
   Suite 104-308
3  Gilbert, AZ 85295-3023
   Office:  (480) 756-8822
4  Fax: (480) 302-4186
   floyd@bybeelaw.com
5
   Attorney for Plaintiff
6

7               **UNITED STATES DISTRICT COURT**

8                    **DISTRICT OF ARIZONA**

9  
                                    )
10 Robert Watts,                    )    **No.  CV 2010-2442-PHX-ROS**
                                    )
11                                  )
                                    )
12      Plaintiff,                  )
                                    )
13 v.                               )    **NOTICE OF DISMISSAL**
                                    )    **WITH PREJUDICE**
14 Capio Partners, LLC, and         )
   CF Medical LLC,                  )
15                                  )
                                    )
16      Defendants.                 )
                                    )
17                                  )

18      Plaintiff hereby gives notice of dismissal of this
19 action with prejudice, each party to bear its own fees
20 and costs.
21 /  /  /
22 /  /  /
23
24
25

DATED     December 16, 2010    .

                         s/ Floyd W. Bybee
                         Floyd W. Bybee, #012651
                         **BYBEE LAW CENTER, PLC**
                         2473 S. Higley Road
                         Suite 104-308
                         Gilbert, AZ 85295-3023
                         Office: (480) 756-8822
                         Fax: (480) 302-4186
                         floyd@bybeelaw.com

                         Attorney for Plaintiff

Copy of the foregoing emailed/mailed
   December 16, 2010    to:

Randy Kingery
RENAUD COOK DRURY
 MESAROS, PA
One North Central, Suite 900
Phoenix, AZ 85004-4417
Rkingery@rcdmlaw.com

by   s/ Floyd W. Bybee